HOUSTON et al. v. FILER & STOWELL CO., Limited.

(Circuit Court of Appeals, Seventh Circuit. October 13, 1900.)

No. 706.

APPEAL—REVERSAL—FAILURE OF DECLARATION TO SHOW JURISDICTIONAL FACTS.

The judgment of a circuit court will be reversed on writ of error, when the record fails to show the diversity of citizenship necessary to give that court jurisdiction; but the plaintiff, on payment of the costs of the trial had, will be permitted to amend his declaration to show such jurisdictional facts.

In Error to the Circuit Court of the United States for the Northern District of Illinois.

Daniel V. Samuels, for plaintiff in error.
Newton A. Partridge, for defendant in error.

Before WOODS and GROSSCUP, Circuit Judges, and SEAMAN, District Judge.

PER CURIAM. The diverse citizenship necessary to the jurisdiction of the circuit court is not shown in this record, and for that reason, without regard to other questions, the judgment rendered must be reversed, but it will be with leave to the defendant in error to amend the declaration so as to show the necessary jurisdictional facts. Hotel Co. v. Jones, 177 U. S. 449, 20 Sup. Ct. 690, 44 L. Ed. 842. It is therefore ordered that the judgment be reversed, and the cause remanded, with direction that, on payment of the costs of the trial had, the plaintiff be allowed to amend the declaration, and that, in default of an amendment showing a case within the jurisdiction of the circuit court, the cause shall be dismissed, at the cost of the plaintiff, without prejudice to another action in a court of competent jurisdiction. The plaintiff in error shall recover the costs of the appeal.